No. 10–155. CITY OF LONG BEACH, CALIFORNIA *v.* LONG BEACH AREA CHAMBER OF COMMERCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–159. ARIZONA ASSOCIATION OF PROVIDERS FOR PERSONS WITH DISABILITIES ET AL. *v.* MANGUM, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY. Ct. App. Ariz. Certiorari denied.

No. 10–160. BAUM *v.* ASTRAZENECA LP. C. A. 3d Cir. Certiorari denied.

No. 10–161. WHITE *v.* MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–163. THOMAS *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–165. CULVER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–167. PRINDLE *v.* SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO COUNTY, ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–171. GONZALEZ-VERA ET AL. *v.* TOWNLEY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–172. FLORANCE *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–182. LARSEN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–184. ENGLAND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–186. HALSTEAD *v.* GOVERNMENT EMPLOYEES INSURANCE CO. (GEICO) ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–187. HOLCOMBE *v.* US AIRWAYS, INC. C. A. 4th Cir. Certiorari denied.

No. 10–191. KEMAL *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.